United States Bankruptcy Court
Southern District of Florida

In re:                                                        Case No. 16-14613-PGH
Michael J Harper                                             Chapter 7
Carolyn A Harper
        Debtors

## CERTIFICATE OF NOTICE

District/off: 113C-9          User: leonardmd        Page 1 of 2          Date Rcvd: Apr 01, 2016
                             Form ID: 309A           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2016.
```
db/jdb       +Michael J Harper,   Carolyn A Harper,   1679 Juno Isles Blvd,   North Palm Beach, FL 33408-2428
93508108     +Caliber Home Loans, Inc.,   13801 Wireless, Way,   Oklahoma City, OK 73134-2500
93508115     +Cordoba & Associates, P.A.,   1551 Sawgrass Corporate Pkwy # 110,   Sunrise, FL 33323-2832
93508118     +Diversified Consultants, Inc,   POB 1391,   Southgate, MI 48195-0391
93508120     +FMC - Omaha Service Center,   POB 542000,   Omaha, NE 68154-8000
93508121     +Gastrocare, LLP,   5431 N University Dr,   Coral Springs, FL 33067-4639
93508122     +Jupiter Anesthesia Assoc,   POB 452557,   Fort Lauderdale, FL 33345-2557
93508125     +Mercedes Benz Financial,   POB 961,   Roanoke, TX 76262-0961
93508126     +Nationwide Recovery Services,   POB 8005,   Cleveland, TN 37320-8005
93508127     +Nordstrom/TD Bank,   8502 E Princess Dr Ste 150,   Scottsdale, AZ 85255-5488
93508128     +SCA/Mayor's Jewelers,   1000 Macarthur Blvd,   Mahwah, NJ 07430-2035
93508129     +State of Maryland,   5th Floor Certifications,   300 W Preston St,   Baltimore, MD 21201-2308
93508136      WFFNB/City Furniture,   CSCL Dispute Team,   MAC N8235-04M, POB 14517,   Des Moines, IA 50306
93508137     #+Zwicker & Associates, P.C.,   10550 Deerwood Park Blvd # 300,   Jacksonville, FL 32256-2805
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: ray@noblelawfirmpa.com Apr 02 2016 00:34:49     Kenneth R Noble, Esq.,
              6199 North Federal Highway,   Boca Raton, FL  33487
tr           +EDI: FNTMEHDIPOUR.COM Apr 02 2016 00:18:00     Nicole Testa Mehdipour,
              401 E Las Olas Blvd # 130-457,   Ft Lauderdale, FL 33301-2210
smg           EDI: FLDEPREV.COM Apr 02 2016 00:18:00     Florida Department of Revenue,   POB 6668,
              Bankruptcy Division,   Ft Lauderdale, FL  32314-6668
ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Apr 02 2016 00:35:49     Office of the US Trustee,
              51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
93508104      E-mail/Text: mtamsett@adminrecovery.com Apr 02 2016 00:36:37     Admin Recovery, LLC,
              45 Earhart Dr #10,   Buffalo, NY 14221-7809
93508105     +EDI: GMACFS.COM Apr 02 2016 00:18:00     Ally,   POB 380901,   Bloomington, MN 55438-0901
93508106     +EDI: AMEREXPR.COM Apr 02 2016 00:18:00     American Express,   POB 981537,
              El Paso, TX 79998-1537
93508107      EDI: BANKAMER.COM Apr 02 2016 00:18:00     Bank of America,   POB 982235,   El Paso, TX 79998
93508109     +EDI: CAPITALONE.COM Apr 02 2016 00:18:00     Capital One,   POB 30281,
              Salt Lake City, UT 84130-0281
93508110     +EDI: CHASE.COM Apr 02 2016 00:18:00     Chase Bank USA, N.A.,   POB 15298,
              Wilmington, DE 19850-5298
93508111     +EDI: CHASE.COM Apr 02 2016 00:18:00     Chase Card,   POB 15298,   Wilmington, DE 19850-5298
93508112     +EDI: CITICORP.COM Apr 02 2016 00:18:00     Citicards CBNA,   POB 6241,   Ibs Cdv Disputes,
              Sioux Falls, SD 57117-6241
93508113     +E-mail/Text: flr_bankruptcynotice@cable.comcast.com Apr 02 2016 00:36:37     Comcast,
              141 NW 16 St,   Pompano Beach, FL 33060-5291
93508114     +EDI: WFNNB.COM Apr 02 2016 00:18:00     Comenity Bank/VCTRSSEC,   POB 182789,
              Columbus, OH 43218-2789
93508116     +EDI: CMIGROUP.COM Apr 02 2016 00:18:00     Credit Management, LP,   4200 International Pkwy,
              Carrollton, TX 75007-1912
93508117      EDI: DISCOVER.COM Apr 02 2016 00:18:00     Discover Bank,   POB 15316,   Wilmington, DE 19850
93508119     +EDI: WFNNB.COM Apr 02 2016 00:18:00     Express,   POB 659728,   San Antonio, TX 78265-9728
93508123     +EDI: CBSKOHLS.COM Apr 02 2016 00:18:00     Kohls,   POB 2983,   Milwaukee, WI 53201-2983
93508124     +EDI: TSYS2.COM Apr 02 2016 00:18:00     Macys,   13141 34 St North,   Clearwater, FL 33762-4259
93508130     +EDI: RMSC.COM Apr 02 2016 00:18:00     SYNCB/Banana Republic,   POB 965036,
              Orlando, FL 32896-5036
93508131     +EDI: RMSC.COM Apr 02 2016 00:18:00     SYNCB/Care Credit,   POB 965036,
              Orlando, FL 32896-5036
93508132     +EDI: RMSC.COM Apr 02 2016 00:18:00     SYNCB/City Furniture,   POB 965036,
              Orlando, FL 32896-5036
93508133     +EDI: RMSC.COM Apr 02 2016 00:18:00     SYNCB/GAP,   POB 965036,   Orlando, FL 32896-5036
93508134     +EDI: VERIZONWIRE.COM Apr 02 2016 00:18:00     Verizon Wireless/Southeast,   POB 26055,
              Minneapolis, MN 55426-0055
93508135     +EDI: WFFC.COM Apr 02 2016 00:18:00     Wells Fargo Card Services,
              Crdt Bureau Dispute Resolution,   POB 14517,   Des Moines, IA 50306-3517
                                                                                       TOTAL: 25
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 113C-9          User: leonardmd          Page 2 of 2          Date Rcvd: Apr 01, 2016
                             Form ID: 309A             Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2016 at the address(es) listed below:
          Kenneth R Noble, Esq.   on behalf of Debtor Michael J Harper ray@noblelawfirmpa.com,
          raynoble3@gmail.com;yuleidyl@gmail.com
          Kenneth R Noble, Esq.   on behalf of Joint Debtor Carolyn A Harper ray@noblelawfirmpa.com,
          raynoble3@gmail.com;yuleidyl@gmail.com
          Nicole Testa Mehdipour    cm_ecf@mehdipourtrustee.com,
          FL80@ecfcbis.com;ntm@trustesolutions.net;trustee@mehdipourtrustee.com;bcasey@mehdipourtrustee.com
          ;mdm@mehdipourtrustee.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                    TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Michael J Harper** | Social Security number or ITIN   xxx–xx–2481 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Carolyn A Harper** | Social Security number or ITIN   xxx–xx–5606 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Southern District of Florida** | | |
| Case number:   **16–14613–PGH** | | Date case filed for chapter  **7   3/31/16** |

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See box 9)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice. To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

<u>**WARNING TO DEBTOR:**</u> **WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE–BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's Full Name** | Michael J Harper | Carolyn A Harper |
| **2. All Other Names Used in the Last 8 Years** | aka Michael Justin Harper | aka Carolyn Antoinette Harper |
| **3. Address** | 1679 Juno Isles Blvd<br>North Palm Beach, FL 33408 | 1679 Juno Isles Blvd<br>North Palm Beach, FL 33408 |
| **4. Debtor's Attorney** (or Pro Se Debtor)<br>Name and Address | Kenneth R Noble Esq.<br>6199 North Federal Highway<br>Boca Raton, FL 33487 | Contact Phone (561) 353–9300 |
| **5. Bankruptcy Trustee**<br>Name and Address | Nicole Testa Mehdipour<br>401 E Las Olas Blvd # 130–457<br>Ft Lauderdale, FL 33301 | Contact Phone 954–858–5880 |
| **6. Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (561) 514–4100 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at <u>www.pacer.gov</u> (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | **Note:** The clerk's office is closed on all legal holidays.<br><br><br><br>Clerk of Court:  <u>**Joseph Falzone**</u><br>Dated: <u>**4/1/16**</u> |

**For more information, see page 2 >**

Debtor **Michael J Harper** and **Carolyn A Harper**                              Case number **16–14613–PGH**

| | | |
|---|---|---|
| **7. Meeting of Creditors** | **May 2, 2016** at **09:30 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present with required original government–issued photo identification and proof of social security number (or if applicable, Tax ID). Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Flagler Waterview Bldg, 1515 N Flagler Dr Rm 870, West Palm Beach, FL 33401** |

| | |
|---|---|
| **8. Presumption of Abuse** | The presumption of abuse does not arise. |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| | | |
|---|---|---|
| **9. Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing Deadline:** 7/1/16 |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient. | **You must file a complaint:** | |
| | if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or | |
| A discharge of debtor will not be issued until the Official Bankruptcy Form "Certification About a Financial Management Course" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). | if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). | |
| | **You must file a motion** if you assert that | |
| | the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:** | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |
| | The law permits debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. **The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions.** | |

| | |
|---|---|
| **10. Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. |

| | |
|---|---|
| **11. Proof of Claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. If this case is converted from chapter 13, under Local Rules 1019–1(E) and 3002–1(A) it has been designated as a no asset case at this time. |

| | |
|---|---|
| **12. Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | |
|---|---|
| **13. Electronic Bankruptcy Noticing** | Parties can choose to receive all notices (including attachments) served by the clerk.s office electronically instead of via U.S. Mail. For information on or to register for this free service, contact the Bankruptcy Noticing Center at ebn.uscourts.gov |

| | |
|---|---|
| **14. Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |