FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| Case No.: | 16-14613-PGH | Trustee Name: | Nicole Testa Mehdipour, Trust |
| --- | --- | --- | --- |
| Case Name: | HARPER, MICHAEL J AND HARPER, CAROLYN A | Date Filed (f) or Converted (c): | 03/31/2016 (f) |
| For the Period Ending: | 3/31/2017 | §341(a) Meeting Date: | 05/02/2016 |
| | | Claims Bar Date: | 01/31/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1679 Juno Isles Blvd, North Palm Beach, FL 33408 Lot 3, Block 17, Plat No 3, Juno Isles, according to the map or plat thereof, as recorded in Plat Book 27 Pages 188 and 189, of the Public Records of Palm Beach County, Florida | $407,264.00 | $0.00 | | $0.00 | FA |
| 2 | 2014 Mercedes E3 Mileage: 24,000 Leased 2014 Mercedes E3 VIN: WDDHF5KB0EA823662 | $0.00 | $0.00 | OA | $0.00 | FA |
| 3 | 2015 Ford Explorer Mileage: 23,000  Leased 2015 Ford Explorer VIN: 1FM5K7D82FGA01364 | $0.00 | $0.00 | OA | $0.00 | FA |
| 4 | Dinner Table $80, 6 Chairs $60, Coffee Table $15, Sofa $80, 2 Beds $100, 2 Nightstands $30, Lamp $20, Mirror $10 | $395.00 | $2,120.00 | | $2,522.80 | FA |
| 5 | Refrigerator $90, Stove/Oven $50, Microwave $20, Computer Equipment $100 | $160.00 | $0.00 | | $0.00 | FA |
| 6 | Weaing apparel, shoes and accessories | $100.00 | $0.00 | | $0.00 | FA |
| 7 | Wedding Ring $200, Costume Jewelry $15, 2 Watches $100 | $315.00 | $3,485.00 | | $3,485.00 | FA |
| 8 | Cash | $20.00 | $0.00 | | $0.00 | FA |
| 9 | Checking account: Chase Acct #1338 | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Checking account: Regions Acct #0171 | $10.28 | $10.28 | | $10.28 | FA |
| 11 | Checking account: Wells Fargo Acct #6507 | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Checking account: Regions Acct #0255 | $7.80 | $7.80 | | $7.80 | FA |
| 13 | Michael J Harper, PA [Active but $0.00 Asset Value] | $0.00 | $2,224.12 | | $2,224.12 | FA |
| 14 | Real Estate License | $0.00 | $0.00 | | $0.00 | FA |
| 15 | American General Term Life Insurance Policy for $1,000,000 [$0.0 Cash Surrender Value] | $0.00 | $0.00 | | $0.00 | FA |
| 16 | American General Term Life Insurance Policy for $1,000,000 [$0.0 Cash Surrender Value] | $0.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2

| Case No.: | 16-14613-PGH | Trustee Name: | Nicole Testa Mehdipour, Trust |
| Case Name: | HARPER, MICHAEL J AND HARPER, CAROLYN A | Date Filed (f) or Converted (c): | 03/31/2016 (f) |
| For the Period Ending: | 3/31/2017 | §341(a) Meeting Date: | 05/02/2016 |
| | | Claims Bar Date: | 01/31/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | MetLife Term Life Insurance Policy for $500,000 [$0.0 Cash Surrender Value] | $0.00 | $0.00 | | $0.00 | FA |
| 18 | MetLife Term Life Insurance Policy for $500,000 [$0.0 Cash Surrender Value] | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $408,272.08 | $7,847.20 | | $8,250.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 12/05/2016 | Awaiting claims bar date to run. 01/31/17. |
| 11/23/2016 | Per Order Approving Settlement dated 11/23/16; ECF #55, the estate received $8250.00. |
| 10/28/2016 | Motion to Approve Compormise filed whereby the estate will receive the sum of $8250.00 for the non exempt assets consisting of the Chase Account, Regions Account (2), Wells Fargo Account, Household Goods, Jewelry and Interest in Michael J. Harper, P.A.  (Order pending) |
| | Claims bar date is 01/31/17. |
| | Taxes do not need filing at this time. |

Initial Projected Date Of Final Report (TFR): 12/31/2017   Current Projected Date Of Final Report (TFR): 12/31/2017   /s/ NICOLE TESTA MEHDIPOUR, TRUSTEE
NICOLE TESTA MEHDIPOUR, TRUSTEE

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-14613-PGH | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | HARPER, MICHAEL J AND HARPER, CAROLYN A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1196 | Checking Acct #: | ******1301 |
| Co-Debtor Taxpayer ID #: | **-***1197 | Account Title: | |
| For Period Beginning: | 4/1/2016 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 3/31/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/06/2016 | | Noble Lawyering | Per Order Granting Trustee's Motion to Approve Settlement ECF #55 | * | $8,250.00 | | $8,250.00 |
| | {4} | | $2,522.80 | 1129-000 | | | $8,250.00 |
| | {7} | | $3,485.00 | 1129-000 | | | $8,250.00 |
| | {12} | | $7.80 | 1129-000 | | | $8,250.00 |
| | {10} | | $10.28 | 1129-000 | | | $8,250.00 |
| | {13} | | $2,224.12 | 1129-000 | | | $8,250.00 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $11.16 | $8,238.84 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $13.29 | $8,225.55 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $11.98 | $8,213.57 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $14.10 | $8,199.47 |

|  |  | | |
|---|---|---|---|
| | **TOTALS:** | $8,250.00 | $50.53 | $8,199.47 |
| | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | Subtotal | $8,250.00 | $50.53 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $8,250.00 | $50.53 | |

| For the period of 4/1/2016 to 3/31/2017 | | For the entire history of the account between 12/05/2016 to 3/31/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,250.00 | Total Compensable Receipts: | $8,250.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,250.00 | Total Comp/Non Comp Receipts: | $8,250.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $50.53 | Total Compensable Disbursements: | $50.53 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $50.53 | Total Comp/Non Comp Disbursements: | $50.53 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-14613-PGH | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | HARPER, MICHAEL J AND HARPER, CAROLYN A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1196 | | Checking Acct #: | ******1301 |
| Co-Debtor Taxpayer ID #: | **-***1197 | | Account Title: | |
| For Period Beginning: | 4/1/2016 | | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 3/31/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $8,250.00 | $50.53 | $8,199.47 |

**For the period of 4/1/2016 to 3/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $8,250.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,250.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $50.53 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $50.53 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/31/2016 to 3/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $8,250.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,250.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $50.53 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $50.53 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ NICOLE TESTA MEHDIPOUR, TRUSTEE

NICOLE TESTA MEHDIPOUR, TRUSTEE