UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

In re:                                                                  Case No.   16-14613-BKC-PGH
                                                                        Chapter   7
MICHAEL J HARPER and
CAROLYN A HARPER,

    Debtors
_____/

### TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

    The Trustee herein files this Notice of Final Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

    The dividend checks were mailed to creditors on June 1, 2017. If checks are not cashed within 90 days by the creditors, all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

    Dated:  June 1, 2017

/s/ Nicole Testa Mehdipour
Nicole Testa Mehdipour
Chapter 7 Trustee
200 E. Broward Boulevard
Suite 1110
Fort Lauderdale, FL 33301
Tel: (954) 858-5880
trustee@ntmlawfirm.com

## CLAIM ANALYSIS REPORT

| | |  | | |
|---|---|---|---|
| Case No.: | 16-14613-PGH | Trustee Name: | Nicole Testa Mehdipour, Trustee |
| Case Name: | HARPER, MICHAEL J AND HARPER, CAROLYN A | Date: | 6/1/2017 |
| Taxpayer ID #: | 61-6571196 | | |
| Claims Bar Date: | 01/31/2017 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NICOLE TESTA MEHDIPOUR, TRUSTEE 200 E. Broward Boulevard Suite 1110 Fort Lauderdale FL 33301 | 04/06/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,575.00 | $1,575.00 | $1,575.00 | $0.00 | $0.00 | $0.00 |
| | NICOLE TESTA MEHDIPOUR, TRUSTEE 200 E. Broward Boulevard Suite 1110 Fort Lauderdale FL 33301 | 04/06/2017 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $53.75 | $53.75 | $53.75 | $0.00 | $0.00 | $0.00 |
| | MOECKER AUCTIONS INC. 1883 Marina Mile Blvd. Suite 106 Fort Lauderdale FL 33315 | 04/07/2017 | Appraiser for Trustee Fees | Allowed | 3711-000 | $0.00 | $625.00 | $625.00 | $625.00 | $0.00 | $0.00 | $0.00 |
| | IDO ALEXANDER, ESQUIRE 2 South Biscayne Boulevard #2300 Miami FL 33130 | 04/06/2017 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $189.90 | $189.90 | $189.90 | $0.00 | $0.00 | $0.00 |
| | IDO ALEXANDER, ESQUIRE 2 South Biscayne Boulevard #2300 Miami FL 33130 | 04/06/2017 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $2,175.00 | $2,175.00 | $2,175.00 | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK Discover Products Inc PO Box 3025 New Albany OH 43054-3025 | 11/03/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $8,681.00 | $8,586.35 | $8,586.35 | $238.18 | $0.00 | $0.00 | $8,348.17 |
| 2 | ALLY FINANCIAL PO Box 130424 Roseville MN 55113-0004 | 11/04/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,747.00 | $2,746.56 | $2,746.56 | $76.19 | $0.00 | $0.00 | $2,670.37 |

CLAIM ANALYSIS REPORT

| Case No.: | 16-14613-PGH | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | HARPER, MICHAEL J AND HARPER, CAROLYN A | | Date: | 6/1/2017 |
| Taxpayer ID #: | 61-6571196 | | | |
| Claims Bar Date: | 01/31/2017 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA Funding LLC PO Box 788 Kirkland WA 98083-0788 | 11/07/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $978.00 | $978.22 | $978.22 | $27.14 | $0.00 | $0.00 | $951.08 |
| **Claim Notes:** | (3-1) Money Loaned | | | | | | | | | | | |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA Funding LLC PO Box 788 Kirkland WA 98083-0788 | 11/07/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,131.00 | $1,131.00 | $1,131.00 | $31.37 | $0.00 | $0.00 | $1,099.63 |
| **Claim Notes:** | (4-1) Money Loaned | | | | | | | | | | | |
| 5 | JUPITER ANESTHESIA ASSOC c/o NRS P.O. Box 8005 Cleveland TN 37320-8005 | 11/10/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $50.00 | $50.00 | $50.00 | $1.39 | $0.00 | $0.00 | $48.61 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 11/16/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,162.00 | $4,162.71 | $4,162.71 | $115.47 | $0.00 | $0.00 | $4,047.24 |
| 7 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 11/22/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $16,210.00 | $16,210.68 | $16,210.68 | $449.67 | $0.00 | $0.00 | $15,761.01 |
| 8 | AMERICAN EXPRESS CENTURION BANK c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | 11/29/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $25,014.00 | $25,014.40 | $25,014.40 | $693.88 | $0.00 | $0.00 | $24,320.52 |

## CLAIM ANALYSIS REPORT

| Case No.: | 16-14613-PGH | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | HARPER, MICHAEL J AND HARPER, CAROLYN A | | Date: | 6/1/2017 |
| Taxpayer ID #: | 61-6571196 | | | |
| Claims Bar Date: | 01/31/2017 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | AMERICAN EXPRESS BANK FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 12/05/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $41,168.00 | $41,168.24 | $41,168.24 | $1,141.98 | $0.00 | $0.00 | $40,026.26 |
| 10 | CAPITAL ONE NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 12/07/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $685.00 | $685.95 | $685.95 | $19.03 | $0.00 | $0.00 | $666.92 |
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Verizon<br>PO Box 248838<br>Oklahoma City OK 73124-8838 | 12/19/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,761.00 | $1,761.93 | $1,761.93 | $48.87 | $0.00 | $0.00 | $1,713.06 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland WA 98083-0657 | 01/04/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,281.00 | $2,281.15 | $2,281.15 | $63.28 | $0.00 | $0.00 | $2,217.87 |

**Claim Notes:** (12-1) Money Loaned

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | TD RETAIL CARD SERVICES<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas TX 75380 | 01/16/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,257.00 | $1,256.68 | $1,256.68 | $34.86 | $0.00 | $0.00 | $1,221.82 |
| 14 | WELLS FARGO BANK, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines IA 50306-0438 | 01/21/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,361.00 | $7,361.77 | $7,361.77 | $204.21 | $0.00 | $0.00 | $7,157.56 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk VA 23541 | 01/31/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,496.00 | $5,496.10 | $5,496.10 | $152.46 | $0.00 | $0.00 | $5,343.64 |

## CLAIM ANALYSIS REPORT

| Case No.: | 16-14613-PGH | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | HARPER, MICHAEL J AND HARPER, CAROLYN A | | Date: | 6/1/2017 |
| Taxpayer ID #: | 61-6571196 | | | |
| Claims Bar Date: | 01/31/2017 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 41067 Norfolk VA 23541 | 01/31/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,407.00 | $1,407.02 | $1,407.02 | $39.03 | $0.00 | $0.00 | $1,367.99 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 41067 Norfolk VA 23541 | 01/31/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $307.00 | $307.13 | $307.13 | $8.52 | $0.00 | $0.00 | $298.61 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 41067 Norfolk VA 23541 | 01/31/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,382.00 | $8,482.17 | $8,482.17 | $235.29 | $0.00 | $0.00 | $8,246.88 |
| | | | | | | $133,706.71 | $133,706.71 | $8,199.47 | $0.00 | $0.00 | | $125,507.24 |

## CLAIM ANALYSIS REPORT

| Case No. | 16-14613-PGH | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | HARPER, MICHAEL J AND HARPER, CAROLYN A | Date: | 6/1/2017 |
| Taxpayer ID #: | 61-6571196 | | |
| Claims Bar Date: | 01/31/2017 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Appraiser for Trustee Fees | $625.00 | $625.00 | $625.00 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Expenses (Other Firm) | $189.90 | $189.90 | $189.90 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) | $2,175.00 | $2,175.00 | $2,175.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $129,088.06 | $129,088.06 | $3,580.82 | $0.00 | $0.00 | $125,507.24 |
| Trustee Compensation | $1,575.00 | $1,575.00 | $1,575.00 | $0.00 | $0.00 | $0.00 |
| Trustee Expenses | $53.75 | $53.75 | $53.75 | $0.00 | $0.00 | $0.00 |